DUPREE v. GRUTZMACHER

DEPO DESIGNATIONS
DANIEL DUPREE
DEPOSITION TAKEN 12-16-16

5:14-16
31:20-25
32:1-2
32:20-25
33:1-25
34:1-6
35:24-25
36:1-11
37:25
38:1-19
39:5-7
48:18-25
49:1-4
50:8-13
79:22-25
80:1-6

EXHIBIT A